**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1035-RGA |
| | ) |
| NETFLIX INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that, on August 23, 2013, copies of: (1) **PARALLEL IRON,**

**LLC'S CLAIM CONSTRUCTION OPENING BRIEF** and (2) this **NOTICE OF SERVICE**

were served upon the following counsel as shown:

**BY EMAIL**

Jack Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Christopher Kao, Esquire
Brock S. Weber, Esquire
Nancy Cheng, Esquire
Perkins Coie LLP
3150 Porter Drive
Palo Alto, California 94304

David R. Pekarek Krohn, Esquire
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, Wisconsin 53703

August 23, 2013

OF COUNSEL:

Marc Fenster
Alexander C.D. Giza
Paul A. Kroeger
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
agiza@raklaw.com
pkroeger@raklaw.com
(310) 826-7474

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
(302) 655-5000

*Attorneys for Plaintiff Parallel Iron, LLC*